| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-6<br>Case 19-11404<br>District of Kansas<br>Wichita<br>Fri Jul 26 15:47:04 CDT 2019 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MWM Oil Company, Inc.<br>821 N. High St.<br>Towanda, KS 67144-9047 |
| Wichita Headquarter Office<br>167 US Courthouse<br>401 North Market<br>Wichita, KS 67202-2089 | AA Fishing Tool & Rental<br>PO Box 1491<br>Great Bend KS 67530-1491 | Albert Hogoboom Oil Field Truc<br>767 Oil Hill Rd.<br>El Dorado KS 67042-3361 |
| Butler County Treasurer<br>205 W. Central, 2nd Floor<br>El Dorado KS 67042-2106 | C & G Drilling, Inc.<br>303 South High<br>Eureka KS 67045-2210 | Capital One<br>PO Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One<br>PO Box 60599<br>City of Industry CA 91716-0599 | Cates Supply, Inc.<br>PO box 267<br>Winfield KS 67156-0267 | Charlene A Giles<br>821 High St.<br>Towanda KS 67144-9047 |
| Charlene A Giles<br>841 High St.<br>Towanda KS 67144 | Charlene A. Miles<br>821 High Street<br>Towanda KS 67144-9047 | Cody C. Branham<br>Adam Jones Law Firm<br>1635 Waterfront #200<br>Wichita KS 67206-6623 |
| Cody C. Branham<br>Adams Jones Law Firm<br>1635 Waterfront #200<br>Wichita KS 67206-6623 | Community Nat'l Bank & Trust<br>127 N. Main<br>Newton KS 67114-3440 | Copeland Acid & Cement<br>PO Box 438<br>Haysville KS 67060-0438 |
| Corey M. Adams<br>300 W. Douglas, Suite 500<br>Wichita KS 67202-2919 | Corey M. Adams<br>McDonald Tinker PA<br>300 W. Douglas Ave. Suite 500<br>Wichita KS 67202-2919 | Darren Kirkpatrick<br>4707 SW 4th Terrace<br>El Dorado KS 67042-8470 |
| Dave's Electric<br>PO Box 486<br>El Dorado KS 67042-0486 | David L and Sondra L Meeds<br>13610 W Autumn Ridge<br>Wichita KS 67235-9769 | Depew Gillen Rathbun McInteer<br>8301 E 21st Street N, Ste 450<br>Wichita KS 67206-2936 |
| Dyna-Log, Inc.<br>PO Box 105<br>El Dorado KS 67042-0105 | Estate of Benjamin A. Giles<br>Daniel V. Hiatt, Jr.<br>Swanson Bernard, LLC<br>4600 Madison Ave. Suite 600<br>Kansas City MO 64112-3031 | Estate of Benjamin M . Giles<br>Daniel V. Hiatt, Jr.<br>Swanson Bernard, LLC<br>4600 Madison Ave., Suite 600<br>Kansas City MO 64112-3031 |
| Financial Pacific Leasing<br>PO Box 4568<br>Federal Way WA 98063-4568 | Fud Mudd<br>767 Oil Hill Rd<br>El Dorado KS 67042-3361 | G&G Machine & Welding Service<br>PO Box 704<br>El Dorado KS 67042-0704 |

| | | |
|---|---|---|
| Gressel Oil Field Service, LL<br>PO Box 438<br>Haysville KS 67060-0438 | Hite Fanning & Honeyman, LLP<br>100 N. Broadway<br>Wichita KS 67202-2216 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Kalamar, Inc.<br>1405 East Willow Rd.<br>Enid OK 73701-8714 | Kansas Corporation Commission<br>266 N. Main, #220<br>Wichita KS 67202-1514 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 |
| Kansas Fishing Tool, Inc.<br>PO Box 892<br>Great Bend KS 67530-0892 | Kate M. Wary<br>1310 Kansas<br>PO Box 1349<br>Great Bend KS 67530-1349 | Lee's Well Service, LLC<br>15100 E 61st North<br>Benton KS 67017 |
| M. J. Murphy Oil, LLC<br>590 N. Haverhill Rd.<br>El Dorado KS 67042-3187 | Martens Work Comp Law LLC<br>6491 S. Mark Twain Rd.<br>Derby KS 67037 | Maxidize Prod. Serv., LLC,<br>PO Box 542<br>Winfield KS 67156-0542 |
| McCamey Pump Jack Sales & Serv<br>PO Box 551<br>Mc Camey TX 79752-0551 | McIntosh Welding<br>6658 SE Hwy 54<br>El Dorado KS 67042-8514 | Michael Andrusak<br>Adams Jones Law Firm<br>1635 N. Waterfront Pkwy, #200<br>Wichita KS 67206-6623 |
| Michael R. Andrusak<br>Adams Jones Law Firm<br>1635 N. Waterfront Pkwy, #200<br>Wichita KS 67206-6623 | Midland National Bank<br>PO Box 427<br>527 N. Main<br>Newton KS 67114-2256 | P. John Eck<br>PO Box 377<br>Attica KS 67009-0377 |
| P. John Eck, Trustee<br>Eck-90 Trust<br>PO Box 377<br>Attica KS 67009-0377 | PJ Kluin<br>Kluin Law Office<br>105 S. Highland<br>PO Box Drawer G<br>Chanute KS 66720-2403 | Perry A. Jones<br>222 N. Chautauqua<br>Wichita KS 67214-4721 |
| Pinnacle Energy Services, LLC<br>9420 Cedar Lake Ave.<br>Oklahoma City OK 73114-7809 | Pyles Automotive<br>407 Main Street<br>Towanda KS 67144-8835 | QES Pressure Pumping LLC<br>Dept. 970<br>PO Box 4346<br>Houston TX 77210-4346 |
| QES Pressure Pumping LLC<br>PO Box 884<br>Chanute KS 66720-0884 | R & S Auto Parts<br>2026 W 6th Ave<br>El Dorado KS 67042-3119 | R & W Bit Service<br>PO Box 635<br>Ellinwood KS 67526-0635 |
| R. A. (Dick) Schremmer Trustee<br>The Dickester Revocable Trust<br>PO Box 438<br>Haysville KS 67060-0438 | RAG Oil Co., LLC<br>821 High Street<br>Towanda KS 67144-9047 | RGK Transportation LLC<br>1337 North Meridian, Suite 100<br>Wichita KS 67203-4641 |

| | | |
|---|---|---|
| Richard Schremmer<br>The Dickster Revocable Trust<br>PO Box 438<br>Haysville KS 67060-0438 | Robert C Lewellyn<br>PO Box 609<br>Kechi KS 67067 | Robert R. Eisenhauer<br>113 E. Third<br>PO Box 825<br>Pratt KS 67124-0825 |
| Sherwood, Harper, Dakan, Unruh<br>833 N. Waco<br>Wichita KS 67203-3989 | The Buckeye Corporation<br>625 S. Main St.<br>El Dorado KS 67042-3519 | Tim J. Mahoney<br>561 S. Westshore Drive<br>Wichita KS 67209-1045 |
| Towanda State Bank<br>400 Main<br>Towanda KS 67144-8834 | Towanda State Bank<br>PO Box 429<br>400 Main<br>Towanda KS 67144-8834 | Trent Hardison<br>5205 S. Clifton Ave., Lot 301<br>Wichita KS 67216-4405 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Velma Willson<br>6664 Eagle Drive<br>Derby KS 67037-9054 | Westar Energy<br>100 S Broadway<br>Wichita KS 67202 |
| Willis Kirkpatrick<br>403 North Maple<br>Peabody KS 66866-1121 | William B. Sorensen Jr.<br>Morris Laing Evans Brock And Kennedy<br>Old Town Square<br>300 N Mead Suite 200<br>Wichita, KS 67202-2745 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
271 W 3rd St N Ste 3000
Stop 5333 WIC
Wichita, KS 67202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Charlene A Giles<br>821 High Street<br>Towanda KS 67144-9047 | (d)Charlene A. Giles<br>821 High St.<br>Towanda KS 67144-9047 | (d)Charlene A. Giles<br>821 High Street<br>Towanda KS 67144-9047 |
| (d)Corey M. Adams<br>McDonald Tinker PA<br>300 W. Douglas Ave., Suite 500<br>Wichita KS 67202-2919 | (d)Estate of Benjamin M. Giles<br>Daniel V. Hiatt, Jr.<br>Swanson Bernard, LLC<br>4600 Madison Ave., Suite 600<br>Kansas City MO 64112-3031 | (d)Estate of Benjamin M. Giles<br>Daniel V. Hiatt, Jr.<br>Swanson Bernard, LLC<br>4600 Madison Avenue, Suite 600<br>Kansas City MO 64112-3031 |

**End of Label Matrix**
**Mailable recipients** 73
**Bypassed recipients** 6
**Total** 79